**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No.

ANTONIO TETTAMANZI,

    Plaintiff,

v.

TAMKO BUILDING PRODUCTS, INC., a Missouri corporation,

    Defendant.

_____

**DEFENDANT TAMKO BUILDING PRODUCT, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

_____

    Pursuant to Fed. R. Civ. P. 7.1 and D.C.COLO.L.Civ.R 7.4, Defendant TAMKO Building Products, Inc. ("TAMKO") makes the following disclosure:

    TAMKO has no parent corporation or entity.  No publicly held corporation or entity owns 10% or more of TAMKO's stock.

1

Dated this 30th day of December, 2013.

        Respectfully submitted,

        HUSCH BLACKWELL LLP
        /s/ Jeffrey J. Simon
        Jeffrey J. Simon
        Judd M. Treeman
        4801 Main Street, Suite 1000
        Kansas City, Missouri  64112
        T: (816) 983-8000
        F: (816) 983-8080
        jeff.simon@huschblackwell.com
        judd.treeman@huschblackwell.com

        Sudee Mirsafian Wright
        1700 Lincoln Street, Suite 4700
        Denver, CO 80203
        T: (303) 749-7200
        F: (303) 739-7272
        sudee.wright@huschblackell.com

        ***Attorneys for Defendant TAMKO Building Products, Inc.***

## CERTIFICATE OF SERVICE

     I hereby certify that on December 30, 2013, a true and correct copy of the foregoing was served via email and United States mail, postage prepaid, upon the following:

Brett Steven Heckman
HECKMAN & O'CONNOR, P.C.
P.O. Box 726
Edwards, Colorado 81632
Tel.: (970) 926-5991
Fax: (970) 926-5995
Email: bheckman@heckmanoconnor.com
***Attorney for Plaintiff Antonio Tettamanzi***

        /s/ Jeffrey J. Simon

2