IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No.  13-cv-03513-REB-MJW

ANTONIO TETTAMANZI,

      Plaintiff,

v.

TAMKO BUILDING PRODUCTS, INC., a Missouri corporation,

      Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

      The matter is before me on the plaintiff's **Notice of Dismissal** [#14][1] filed February 13,

2014.  After reviewing the notice and the record, I conclude that the notice should be approved

and that this action should be dismissed.

      **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Notice of Dismissal** [#14] filed February 13, 2014, is **APPROVED**;

    2.  That any pending motion is **DENIED** as moot; and

    3.  That this action is **DISMISSED**.

      Dated February 13, 2014, at Denver, Colorado.

                          **BY THE COURT:**

                          Bob Blackburn

                          Robert E. Blackburn
                          United States District Judge

---

[1] "[#14]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's management system and electronic case filing  (CM/ECF). I use this convention throughout this order.